IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SEVERE RECORDS, LLC and )
CHRIS SEVIER, )
)
    Plaintiffs, )
)
v. ) NO. 3:08-00654
) JUDGE HAYNES
JOHN RICH, SHANNA CROOKS, )
THE MUZIK MAFIA LLC, and )
JOHN D. RICHAFELLA PUBLISHING, )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, Defendants' motion to dismiss Plaintiffs' First Amended Complaint (Docket Entry No. 44) is **GRANTED**. Plaintiffs' claims for copyright infringement are **DISMISSED with prejudice**. All of Plaintiffs' other state law claims are **DISMISSED without prejudice**. Defendants' motion to set aside entry of default (Docket Entry No. 15), Defendants' motion to dismiss Plaintiffs' claims (Docket Entry No. 17), Plaintiffs' motion to amend proof of service (Docket Entry No. 29), Defendants' John D. Richafella Publishing's, Muzik Mafia LLC's, and John Rich's motion to disqualify counsel Chris Sevier (Docket Entry No. 53), Defendant Shanna Crooks' motion to disqualify counsel (Docket Entry No. 57), Plaintiffs' motion for preliminary injunction (Docket Entry No. 63), Plaintiffs' motion for leave to redact (Docket Entry No. 68), and Defendants' motion to enforce stay (Docket Entry No. 84) are **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of August, 2009.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　　　United States District Judge