IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEVERE RECORDS, CHRIS SEVIER, | )<br>) |
| Plaintiff, | ) NO. 3:08-0654<br>) JUDGE HAYNES |
| v. | )<br>) |
| JOHN RICH, SHANNA CROOKS,<br>JOHN RICHAFELLA PUBLISHING,<br>MUZIK MAFIA, | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Upon Plaintiff's motion to nonsuit the claims against Shanna Crooks with prejudice (Docket Entry No. 148), Plaintiff's claims against Defendant Shanna Crooks are **DISMISSED with prejudice**.

It is so **ORDERED**.

ENTERED this the 12th day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge